FILED BY _____ D.C.
05 AUG 18 PM 2:32
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, JACKSON

# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF TENNESSEE

### ORDER OF PRODUCTION

NO: 1:04-10004-01-T
USA v. JOSHUA HOLLINGSWORTH
AD    Prosequendum
FOR: Re-Sentencing Hearing

TO:   USM, Western District of TN
      Warden, NORTHWEST CORRECTIONAL COMPLEX
      960 STATE ROAD, TIPTONVILLE, TN   38079

YOU ARE HEREBY COMMANDED to have the person of _____Joshua Hollingsworth_____, Inmate # #19364-076 / TOMIS - 00301265, by you restrained of his/her liberty, as it is said, by whatsoever names detained, together with the day and cause of his being taken and detained, before the Honorable James D. Todd, U. S. District Court Judge, for the Western District of Tennessee, at the room of said Court, in the **City of Jackson, Tennessee, at** 8:30 **a.m. on the** 26th **day of** September **, 20** 05 **,** then and there to do, submit to, and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ; further, to hold him in federal custody until disposition of this case and to produce him for such other appearances as this court may direct.

ENTERED THIS 18th DAY OF August, 2005.

James D. Todd
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __8/19/05__

36

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 1:04-CR-10004 was distributed by fax, mail, or direct printing on August 19, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT